IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAN WILSON, in his official capacity as Attorney General of South Carolina; and MARK KEEL, in this official capacity as Chief of the South Carolina State Law Enforcement Division,<br><br>    Defendants. | Case No. 3:21-cv-4108-MGL |

**Joint Stipulation and Request for Entry of Order**

Plaintiff John Doe and Defendants Alan Wilson and Mark Keel respectfully stipulate to and request this Court enter a permanent injunction in this matter. In support, they state:

1. On December 22, 2021, Plaintiff—proceeding pseudonymously as John Doe—filed this action challenging his inclusion on the South Carolina Sex Offender Registry for a 2001 conviction under South Carolina's Buggery prohibition, South Carolina Code § 16-15-120, as well as facially challenging the Buggery statute as unconstitutional.

2. The Parties have agreed to a resolution of this matter and submit a proposed order with this joint stipulation and request.

Dated: April 12, 2022

Respectfully submitted,

[Signature Blocks on Following Page]

*/s/ D. Allen Chaney Jr.*
ALLEN CHANEY
Federal ID No. 13181
American Civil Liberties Union
Foundation of South Carolina
P.O. Box 1668
Columbia, South Carolina 29202
Telephone: (843) 282-7953
Email: achaney@aclusc.org

*Counsel for Plaintiff*

Dated:  April 12, 2022

s/ L. David Leggett
L. DAVID LEGGETT
Assistant Attorney General
Federal ID No. 13239
Email: DavidLeggett@scag.gov
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3177
Fax: (803) 734-3677

*Counsel for Defendants*