

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOHN DOE, § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | Civil Action No. 3:21-04108-MGL | |
| § | | |
| ALAN WILSON, *in his official capacity as* § | | |
| *Attorney General of South Carolina*, and § | | |
| MARK KEEL, *in his official capacity as Chief* § | | |
| *of the South Carolina State Law Enforcement* § | | |
| *Division*, § | | |
| Defendants. § | | |

**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ENTRY OF ORDER**

Before the Court are the parties' Joint Stipulation and Request for Entry of Order. The Court will grant the motion.

The Court adopts the stipulation of the parties as follows:

**1.** Under the terms and conditions set forth in this Order, the parties agree to resolve all claims in the above-captioned action.

**2.** To conform with the Supreme Court's ruling in *Lawrence v. Texas*, 539 U.S. 588 (2003), Defendants shall remove from the South Carolina Sex Offender Registry all individuals currently registered solely for a conviction for Buggery, S.C. Code § 16-15-120, stemming from sodomy between consenting adults, or for an out-of-state conviction that the South Carolina State Law Enforcement Division deems an equivalent offense to Buggery stemming from sodomy between consenting adults.

3. This removal shall include the individuals listed in the sealed document filed by the parties, which was filed under seal to protect the privacy of those individuals.

4. In addition to removing individuals listed in the sealed document, Defendants agree that no individual later determined to fall under paragraph 2, including individuals who relocate to South Carolina and who have out-of-state convictions for sodomy between consenting adults, shall be required to register as a sex offender in South Carolina or be published on the South Carolina Sex Offender Registry.

5. The South Carolina State Law Enforcement Division shall remove all persons described in Paragraphs 2 and 3 above as expeditiously as possible, and in no event later than twenty-one days from the date of entry of this Order.

6. The South Carolina Law Enforcement Division shall mail a written notification to all persons described in Paragraphs 2 and 3 above within twenty-one days of the entry of this Order informing them that they have been removed from the South Carolina Sex Offender Registry and will no longer have to register as sex offenders in South Carolina.

7. The South Carolina Law Enforcement Division shall, within ninety days of the entry of this Order, provide notification to the sheriff's office of the individual's county of residence for all persons described in Paragraphs 2 and 3 that each person described in Paragraphs 2 and 3 above has been removed from the South Carolina Sex Offender Registry and is no longer subject to the requirements of the South Carolina Sex Offender Registry Law.

8. Defendants shall pay Plaintiff's attorneys a total of $31,592.30 for full resolution of Plaintiff's fees, costs, and expenses in this action.

9.      This Order is not and does not contain any finding, admission, or concession that any Defendant committed any wrongful act including, but not limited to, violating the U.S. Constitution or federal law.  This Order also is not and does not contain any finding, admission, or concession that any law(s) of the State of South Carolina violates the U.S. Constitution, any amendment thereto, or any federal law.

Accordingly, the parties' Joint Stipulation and Request for Entry of Order is **GRANTED**. All other pending motions in this matter are **DEEMED AS MOOT**.  This matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 22nd day of April 2022, in Columbia, South Carolina.

s/ Mary Geiger Lewis  
MARY GEIGER LEWIS  
UNITED STATES DISTRICT JUDGE
