AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| JOHN DOE,<br>*Plaintiff*<br>v.<br>ALAN WILSON, in his official capacity as Attorney General of South Carolina; and MARK KEEL, in this official capacity as Chief of the South Carolina State Law Enforcement Division,<br>*Defendant* | Civil Action No.   3:21-cv-04108-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, John Doe, take nothing of the defendants, Alan Wilson, in his official capacity as Attorney General of South Carolina; and Mark Keel, in this official capacity as Chief of the South Carolina State Law Enforcement Division, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having heard and granted the Joint Stipulation and Request for Entry of Order.

Date:  April 22, 2022

*ROBIN L. BLUME, CLERK OF COURT*

s/Charles L. Bruorton

*Signature of Clerk or Deputy Clerk*